John J. Hebert (#010633)
Philip R. Rudd (#014026)
Wesley D. Ray (#026351)
**POLSINELLI PC**
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jhebert@polsinelli.com
E-Mail: prudd@polsinelli.com
E-Mail: wray@polsinelli.com

*Proposed Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DELTA MECHANICAL INC.<br>NEVADA DELTA MECHANICAL, INC.<br>CD PLUMBING INC.<br>ARIZONA DELTA MECHANICAL, INC.<br>CALIFORNIA DELTA MECHANICAL, INC.<br>GEORGIA DELTA MECHANICAL, INC.<br>NEW MEXICO DELTA MECHANICAL, INC.<br>COLORADO DELTA MECHANICAL INC.<br>CAROLINA DELTA MECHANICAL, INC.<br>MICHIGAN DELTA MECHANICAL, INC.<br>FLORIDA DELTA MECHANICAL, INC.<br>TEXAS DMI, INC.<br>DELTA MECHANICAL, INC.,<br><br>                Debtors.<br><br>This filing applies to:<br><br>☒ ALL DEBTORS<br><br>☐ SPECIFIED DEBTORS | Chapter 11 Proceedings<br><br>Case No. 2:15-bk-13316-GBN<br>Case No. 2:15-bk-13327-DPC<br>Case No. 2:15-bk-13328-DPC<br>Case No. 2:15-bk-15330-EPB<br>Case No. 2:15-bk-13331-DPC<br>Case No. 2:15-bk-13332-EPB<br>Case No. 2:15-bk-13334-PS<br>Case No. 2:15-bk-13335-SHG<br>Case No. 2:15-bk-13336-EPB<br>Case No. 2:15-bk-13338-BKM<br>Case No. 2:15-bk-13339-MCW<br>Case No. 2:15-bk-13341-BMW<br>Case No. 2:15-bk-13342-DPC<br><br>Joint Administration Pending Under<br>Case No. 2:15-bk-13316-GBN<br><br>**MOTION FOR JOINT ADMINISTRATION, ASSIGNMENT OF CASES TO ONE JUDGE, AND APPROVAL OF A CONSOLIDATED CAPTION** |

Pursuant to Federal Rule of Bankruptcy Procedure 1015 and Local Rule of Bankruptcy Procedure 1015-1, Delta Mechanical Inc., an Arizona corporation, Nevada Delta Mechanical, Inc., CD Plumbing Inc., Arizona Delta Mechanical, Inc., California Delta Mechanical, Inc., Georgia Delta Mechanical, Inc., New Mexico Delta Mechanical, Inc., Colorado Delta Mechanical Inc.,

Carolina Delta Mechanical, Inc., Michigan Delta Mechanical, Inc., Florida Delta Mechanical, Inc., Texas DMI, Inc., and Delta Mechanical, Inc., a Hawaii corporation, debtors and debtors-in-possession in the above-referenced bankruptcies (collectively the "Debtors"), through counsel undersigned, hereby request that the Court order the joint administration of the Debtors bankruptcy cases, numbered 2:15-bk-13316-GBN, 2:15-bk-13327-DPC, 2:15-bk-13328-DPC, 2:15-bk-13330-EPB, 2:15-bk-13331-DPC, 2:15-bk-13332-EPB, 2:15-bk-13334-PS, 2:15-bk-13335-SHG, 2:15-bk-13336-EPB, 2:15-bk-13338-BKM, 2:15-bk-13339-MCW, 2:15-bk-13341-BMW, 2:15-bk-13342-DPC, respectively (the "Cases"), assign the Cases to one judge, and approve the use of the consolidated caption above.[1] The joint administration of these related Cases will allow for a more efficient and equitable administration of the Debtors' estates. This motion is supported by the attached memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  FACTUAL BACKGROUND**

1. On October 19, 2015, the Debtors filed their respective voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Arizona.

2. The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. Debtor Delta Mechanical, Inc. has been in business for more than twenty-eight years.

4. The Debtors are engaged, generally, in the installation, maintenance, and repair of plumbing, heating, ventilation, and air conditioning fixtures and equipment.

5. The Debtors, collectively, operate in thirteen states, and employ more than 350 people.

---

[1] Given the administrative burden that would have been imposed by the filing of all first-day motions in each of the Cases, for purposes of their initial filings, the Debtors have assumed that this motion will be granted and used a consolidated caption. In the unlikely event that the Cases are not, in fact, ultimately jointly-administered, the Debtors will undertake whatever corrective filings are necessary.

6. The Debtors employ a fleet of approximately 200 service vehicles, and are authorized service providers for more than 400 Home Depot locations.

7. In 2014, the Debtors, collectively, generated in excess of $55,000,000 in gross revenues.

8. All of the Debtors share common ownership and management.

9. The Debtors' operations and accounting systems are substantially interconnected.

10. The Debtors share joint responsibility for the payment of certain claims.

11. As such, the Debtors submit that the joint administration of their Cases is reasonable, and would provide the most efficient and effective manner in which to proceed.

## II. LEGAL ARGUMENT

If related or affiliated debtors have bankruptcy cases pending in the same court, their respective estates may be jointly administered under a consolidated caption. Fed. R. Bankr. P. 1015(b). Pursuant to Local Rule 1015-1, any motion requesting such joint administration must be accompanied by a request that all affiliated cases be transferred to the judge presiding over the case with the lowest number. "Joint Administration is a creature of procedural convenience. It is justified by the laudable desire to avoid the wasting of resources, which would result through the duplication of effort if cases involving related debtors were to proceed entirely separately." *In re Steury*, 94 B.R. 553, 553 (Bankr. N.D. Ind. 1988).

The Debtors' Cases are the type best-suited for joint administration. The Debtors' operations and finances are interconnected to such an extent that their prospects for reorganization are substantially intertwined. Because of the Debtors' inter-relatedness, the majority of motions, hearings, and orders in these cases will affect all of the Debtors and their respective creditors. As such, the joint administration of these cases will benefit all parties involved through the provision of a unified forum in which all parties in interest may participate in the Cases. Joint administration of the Debtors' Cases, and the use of a consolidated caption, will avoid unnecessary confusion, reduce the time and cost attendant to reorganization under Chapter 11, and provide creditors whose interests may be affected by more than one of the Debtors' bankruptcies a single forum in which to assert their rights.

1    **WHEREFORE**, the Debtors respectfully request that the Court enter an Order:

2    A.   Transferring the Cases to the Honorable George B. Nielsen;

3    B.   Authorizing the joint administration of the Cases;

4    C.   Authorizing the use of the consolidated caption above; and

5    D.   Directing that all filings relating to any of the Debtors be filed in Case No. 2:15-bk-13316-GBN, with the exception of proofs of claim, which shall be filed in the implicated Debtor's Case; and

8    E.   Granting such other and further relief as the Court deems just and proper under the circumstances.

DATED: October 19, 2015.

                                              POLSINELLI PC

By:   /s/ *Wesley D. Ray*
      John J. Hebert
      Philip R. Rudd
      Wesley D. Ray
      One E. Washington Street, Suite 1200
      Phoenix, AZ 85004

*Proposed Attorneys for Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on October 19, 2015, to:

U.S. TRUSTEE'S OFFICE
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003


By:   */s/ Mary Engel*