B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re __DELTA MECHANICAL INC.__ ,  Case No. __2:15-bk-13316-GBN__
                      Debtor  Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| BMO HARRIS MASTERCARD PURCHASE CARD<br>P O BOX 4320<br>CAROL STREAM, IL 60197-4320 | BMO HARRIS MASTERCARD PURCHASE CARD<br>P O BOX 4320<br>CAROL STREAM, IL 60197-4320 | ACCOUNTS PAYABLE | | $796,222.49 |
| BMO HARRIS BANK N.A.<br>VISA PURCHASE CARD<br>ONE EAST CAMELBACK ROAD<br>PHOENIX, AZ 85012 | BMO HARRIS BANK N.A.<br>VISA PURCHASE CARD<br>ONE EAST CAMELBACK ROAD<br>PHOENIX, AZ 85012 | ACCOUNTS PAYABLE | | $416,903.33 |
| THE HARTFORD INSURANCE<br>1 HARTFORD PLAZA<br>HARTFORD, CT 06155 | THE HARTFORD INSURANCE<br>1 HARTFORD PLAZA<br>HARTFORD, CT 06155 | ACCOUNTS PAYABLE | | $271,000.00 |
| HOME DEPOT CREDIT<br>P O BOX 183176<br>COLUMBUS, OH 43218-3176 | HOME DEPOT CREDIT<br>P O BOX 183176<br>COLUMBUS, OH 43218-3176 | ACCOUNTS PAYABLE | | $147,369.00 |
| HEATING & COOLING SUPPLY<br>FILE #54694<br>LOS ANGELES, CA | HEATING & COOLING SUPPLY<br>FILE #54694<br>LOS ANGELES, CA | ACCOUNTS PAYABLE | | $125,439.87 |
| US AIR CONDITIONING<br>P O BOX 1111<br>LA PUENTE, CA 91749-1111 | US AIR CONDITIONING<br>P O BOX 1111<br>LA PUENTE, CA 91749-1111 | ACCOUNTS PAYABLE | | $78,714.61 |
| GUSTAVE A. LARSON COMPANY<br>BOX 774402<br>4402 SOLUTION CENTER<br>CHICAGO, IL 60677-4004 | GUSTAVE A. LARSON COMPANY<br>BOX 774402<br>4402 SOLUTION CENTER<br>CHICAGO, IL 60677-4004 | ACCOUNTS PAYABLE | | $71,843.33 |
| LENNOX INDUSTRIES INC.<br>P O BOX 910549<br>DALLAS, TX 75391-0549 | LENNOX INDUSTRIES INC.<br>P O BOX 910549<br>DALLAS, TX 75391-0549 | ACCOUNTS PAYABLE | | $70,370.23 |
| THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | ACCOUNTS PAYABLE | | $62,599.00 |

B 4 (Official Form 4) (4/13)

# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re __DELTA MECHANICAL INC.__ ,  Case No. __2:15-bk-13316-GBN__
       **Debtor**  Chapter __11__

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CENTRAL MUTUAL INSURANCE COMPANY<br>C/O HAMMERMAN & HULTGREN, P.C.<br>3101 N. CENTRAL AVE., SUITE 500<br>PHOENIX, AZ 85012 | CENTRAL MUTUAL INSURANCE COMPANY<br>C/O HAMMERMAN & HULTGREN, P.C.<br>3101 N. CENTRAL AVE., SUITE 500<br>PHOENIX, AZ 85012 | LITIGATION | | $51,113.11 |
| EMPLOYMENT DEVELOPMENT DEPT.<br>P O BOX 989061<br>WEST SACRAMENTO, CA 95798 | EMPLOYMENT DEVELOPMENT DEPT.<br>P O BOX 989061<br>WEST SACRAMENTO, CA 95798 | ACCOUNTS PAYABLE | | $48,487.00 |
| CHEIFETZ IANNITELLI MARCOLINI PC<br>111 WEST MONROE ST.<br>17TH FL.<br>PHOENIX, AZ 85003 | CHEIFETZ IANNITELLI MARCOLINI PC<br>111 WEST MONROE ST.<br>17TH FL.<br>PHOENIX, AZ 85003 | ACCOUNTS PAYABLE | | $45,979.30 |
| COMFORT AIR DISTRIBUTING<br>5757 E. 42ND AVE.<br>DENVER, CO 80216-4611 | COMFORT AIR DISTRIBUTING<br>5757 E. 42ND AVE.<br>DENVER, CO 80216-4611 | ACCOUNTS PAYABLE | | $45,741.68 |
| AIR COLD SUPPLY<br>FILE 56809<br>LOS ANGELES, CA | AIR COLD SUPPLY<br>FILE 56809<br>LOS ANGELES, CA | ACCOUNTS PAYABLE | | $41,711.92 |
| WESTERN NEVADA SUPPLY<br>P O BOX 31001<br>PASADENA, CA 91110-0001 | WESTERN NEVADA SUPPLY<br>P O BOX 31001<br>PASADENA, CA 91110-0001 | ACCOUNTS PAYABLE | | $41,063.81 |
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.<br>P O BOX 89<br>COLUMBIA, SC 29202 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.<br>P O BOX 89<br>COLUMBIA, SC 29202 | ACCOUNTS PAYABLE | | $39,285.93 |
| CONTRACTOR ACCESS<br>P O BOX 51485<br>ONTARIO, CA 91761 | CONTRACTOR ACCESS<br>P O BOX 51485<br>ONTARIO, CA 91761 | ACCOUNTS PAYABLE | | $35,705.90 |
| CGL CORPORATION D/B/A CARRIER GREAT LAKES CORP.<br>33601 SCHOOLCRAFT<br>LIVONIA, MI 48150 | CGL CORPORATION D/B/A CARRIER GREAT LAKES CORP.<br>33601 SCHOOLCRAFT<br>LIVONIA, MI 48150 | ACCOUNTS PAYABLE | | $34,314.65 |
| AC WAREHOUSE<br>670 AUAHI ST.<br>I-10<br>HONOLULU, HI 96813-5136 | AC WAREHOUSE<br>670 AUAHI ST.<br>I-10<br>HONOLULU, HI 96813-5136 | ACCOUNTS PAYABLE | | $33,835.44 |
| T&A SUPPLY INC.<br>P O BOX 640275<br>SAN JOSE, CA 95164-0275 | T&A SUPPLY INC.<br>P O BOX 640275<br>SAN JOSE, CA 95164-0275 | ACCOUNTS PAYABLE | | $31,111.65 |

| In re | DELTA MECHANICAL INC. | Case No. 2-15-bk-13316-GBN |
|---|---|---|
| | Debtor | (If known) |

# DECLARATION REGARDING LIST OF CREDITORS

**DECLARATION UNDER PENALTY OF PERJURY REGARDING the TOP 20 UNSECURED CLAIMS ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, Paula Bauert, the Chief Financial Officer of the DELTA MECHANICAL INC. named as debtor in this case, declare under penalty of perjury that I have read the foregoing list of creditors holding 20 largest unsecured claims, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 10/26/2015     Signature: /s/ Paula Bauert

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571