**IN THE UNITED STATES BANKRUPTCY COURT**
**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| DELTA MECHANICAL INC.<br>NEVADA DELTA MECHANICAL, INC.<br>CD PLUMBING INC.<br>ARIZONA DELTA MECHANICAL, INC.<br>CALIFORNIA DELTA MECHANICAL, INC.<br>GEORGIA DELTA MECHANICAL, INC.<br>NEW MEXICO DELTA MECHANICAL, INC.<br>COLORADO DELTA MECHANICAL, INC.<br>CAROLINA DELTA MECHANICAL, INC.<br>MICHIGAN DELTA MECHANICAL, INC.<br>FLORIDA DELTA MECHANICAL, INC.<br>TEXAS DMI, INC.<br>DELTA MECHANICAL, INC., | Case No. 2:15-bk-13316-GBN<br>Case No. 2:15-bk-13327-DPC<br>Case No. 2:15-bk-13328-DPC<br>Case No. 2:15-bk-13330-EPB<br>Case No. 2:15-bk-13331-DPC<br>Case No. 2:15-bk-13332-EPB<br>Case No. 2:15-bk-13334-PS<br>Case No. 2:15-bk-13335-SHG<br>Case No. 2:15-bk-13336-EPB<br>Case No. 2:15-bk-13338-BKM<br>Case No. 2:15-bk-13339-MCW<br>Case No. 2:15-bk-13341-BMW<br>Case No. 2:15-bk-13342-DPC |
| Debtors. | Joint Administration Under<br>Case No. 2:15-bk-13316-GBN |
| This filing applies to:<br><br>☒ ALL DEBTORS<br>☐ SPECIFIED DEBTORS | **NOTES REGARDING DEBTORS'<br>SCHEDULES OF ASSETS AND<br>LIABILITIES AND STATEMENTS OF<br>FINANCIAL AFFAIRS** |

The above-referenced debtors (the "Debtors") hereby submit the included Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The following notes are an integral part of the Schedules, and should be referenced by parties in interest when conducting any review of the Schedules.

## NOTES

Presently Available Information. The Debtors have taken every reasonable step to ensure that the Schedules are accurate and complete, based upon the information that is presently available to them. As the Debtors continue to examine their records, however, new information may be discovered that could result in material changes to the Schedules.

Estimates and Assumptions. The preparation of the Schedules required the Debtors to make estimates and assumptions with respect to the amounts of certain assets and liabilities, and the amounts of revenues and expenses during certain reporting periods. Actual amounts may differ from those estimates.

Distinction Amongst Debtors. To the extent possible, the Debtors have attempted to accurately ascribe their assets and liabilities to the appropriate debtor entity. The Debtors' records, however, in some instances, were maintained on a consolidated basis, so it is possible that a given asset or liability may have been included in the Schedules of an incorrect debtor. The Debtors will correct any such inaccuracies as they become aware of them, and the inclusion of any claim or asset within

51661169.1

the Schedules of a specific debtor shall not be a bar to any subsequent transfer of that asset or liability to the Schedules of another debtor.

<u>Asset and Liability Valuation</u>. Unless otherwise noted, each asset and liability of the Debtors is presented in the Schedules using the value of the asset or liability in the Debtors' books and records. The values ascribed to the Debtors' assets are not necessarily reflective of market value.

<u>Claims and Causes of Action</u>. Despite reasonable efforts, the Debtors might not have identified and/or set forth all causes of action against third parties in their Schedules. The Debtors reserve any and all rights with respect to any causes of action they may have, and neither these Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action.

<u>Claims Description</u>. Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such claim is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute, or to assert offsets or defenses to, any claim reflected in the Schedules, and to designate any claim as "disputed," "contingent" or "unliquidated" by filing and serving an appropriate amendment.

<u>Ownership of Property and Equipment</u>. Nothing in the Schedules is or shall be construed as an admission as to the legal characterization of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all rights with respect to such issues. Specifically, the Debtors reserve the right to challenge the characterization of various vehicle leases as secured financing transactions.

<u>Secured and Unsecured Claims</u>. Although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature or the validity of any such creditor's claim. The unsecured liabilities identified in Schedule F are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule F.

<u>Executory Contracts</u>. While every reasonable effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Listing a contract, lease or agreement on Schedule G does not constitute an admission that such contract, lease or agreement is an executory contract or unexpired lease or that such contract, lease or agreement was in effect on the Petition Date or is valid or enforceable. Additionally, listing a contract, lease, or agreement on Schedule G does not constitute an admission that it is a unified instrument, rather than a collection of related contracts, leases, or agreements. The Debtors hereby reserve all of their rights to dispute the validity, effectiveness, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

<u>Co-Debtors</u>. The Debtors may have co-debtors or co-obligors under their various debts, leases, contracts and/or other agreements. They have made a reasonable and good-faith attempt to list all such co-obligations on Schedule H. The Debtors are conducting an ongoing review of their records, however, and reserve the right to add additional co-debtors as they are discovered.

<u>Specific Notes</u>. These notes shall supplement, and not supplant, any specific notes set forth in the Schedules themselves.

51661169.1

GAAP.  The Schedules are unaudited and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles.

Reservation of Right to Amend.  The Schedules are based upon the best information currently available to the Debtors.  It is possible that the Debtors will obtain new information in the future, or determine that certain information contained in the Schedules is inaccurate. The Debtors expressly reserve the right to amend, modify, supplement, correct, change, or alter any part of their Schedules as necessary or appropriate.

51661169.1

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re    DELTA MECHANICAL INC.    
*Debtor*

Case No. 2:15-bk-13316-GBN

Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 4 | $2,661,660.38 | | |
| C - Property Claimed as Exempt | NO | N/A | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $260,561.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $2,260,368.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 20 | | $6,971,249.58 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 2 | | | |
| I - Current Income of Individual Debtor(s) | NO | N/A | | | $0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | N/A | | | $0.00 |
| TOTAL | | 33 | $2,661,660.38 | $9,492,179.75 | |

Generated using CasefilePRO™

In re____DELTA MECHANICAL INC._____  Case No.___2:15-bk-13316-GBN_____
          **Debtor**                                                            **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | Total ->      $0.00 |  |

(Report also on Summary of Schedules.)

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                             Case No.   __2:15-bk-13316-GBN__

                 **Debtor**                                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None. "If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property. "If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Headquarters Operating Acct. xxxx6872 BMO Harris Bank | | $92,978.52 |
| | | Headquarters Payroll Acct. xxxx6883 BMO Harris Bank | | $14,666.53 |
| | | Arizona Plumbing Purchasing Acct. xxxxxx1623 BMO Harris Bank | | $76,443.10 |
| | | Repipe Purchasing Acct. xxxxxx1631 BMO Harris Bank | | $3,441.45 |
| | | Arizona HVAC Purchasing Acct. xxxxxx1658 BMO Harris Bank | | $39,926.96 |
| | | Arizona Permit Purchasing Acct. xxxxxx1666 BMO Harris Bank | | $6,247.94 |
| | | Headquarters Purchasing Acct. xxxxxx1674 BMO Harris Bank | | $2,486.72 |
| | | California Purchasing Acct. xxxxxx1690 BMO Harris Bank | | $20,029.03 |
| | | Georgia Purchasing Acct. xxxxxx4055 BMO Harris Bank | | $8,817.13 |
| | | Michigan Purchasing Acct. xxxxxx2360 BMO Harris Bank | | $2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Generated using CasefilePRO™

In re     **DELTA MECHANICAL INC.**                                                     Case No.    **2:15-bk-13316-GBN**
                    **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | General Liability United Specialty Insurance Company | | $.00 |
| | | Auto Hartford Insurance Company | | $.00 |
| | | Workers Compensation Hartford Insurance Company | | $.00 |
| | | Auto-Excess Gemini Insurance Company | | $.00 |
| | | Excess Liability Houston Casualty Company | | $.00 |
| | | Property Hartford Insurance Company | | $.00 |
| | | Property Hartford Insurance Company | | $.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | To be supplemented | | $.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                                   Case No.   __2:15-bk-13316-GBN__
                  Debtor                                                                           **(If known)**

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Prepaid insurance

Prepaid expenses | | $226,134.00

$52,920.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer hardware and software
See attached Schedule B-28

Office Equipment
See attached Schedule B-28 | | $80,000.00

$120,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and equipment
See attached Schedule B-29 | | $35,000.00 |
| 30. Inventory. | | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Performance Bond
Plaza Towers Condominium Association
838 N. Doheny Drive
West Hollywood, CA 9069 | | $1,880,569.00 |

# SCHEDULE B-28

Delta Mechanical

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|-------|-----|---------------------|-----------------|-----------|------------------|---|----------------|------------------------|--------------------------|---------------|--------------------|-------------|-------------|
| **Group: Office Equip - HQ** | | | | | | | | | | | | | |
| 20057 | | Computer Systems | 7/01/02 | 107,859.00 | 0.00 | | 0.00 | 107,859.00 | 0.00 | 107,859.00 | 0.00 | S/L | 5.00 |
| 20058 | | Computer Hardware | 6/15/13 | 6,500.00 | 0.00 | | 0.00 | 5,300.00 | 1,200.00 | 6,500.00 | 0.00 | S/L | 5.00 |
| 20059 | | Office Equipment | 1/01/11 | 73,802.00 | 0.00 | | 0.00 | 48,808.40 | 14,760.40 | 63,568.80 | 10,233.20 | S/L | 5.00 |
| 20060 | | Office Equipment | 7/01/02 | 221,717.00 | 0.00 | | 0.00 | 221,717.00 | 0.00 | 221,717.00 | 0.00 | S/L | 5.00 |
| 20061 | | Tubelight | 6/15/13 | 58,706.00 | 0.00 | | 0.00 | 25,268.73 | 3,913.73 | 29,182.46 | 29,523.54 | S/L | 15.00 |
| 20062 | | Cubicles | 6/15/13 | 7,803.55 | 0.00 | | 0.00 | 2,229.79 | 1,114.79 | 3,344.58 | 4,458.97 | S/L | 7.00 |
| 20077 | | Modular Furniture | 1/31/14 | 2,921.48 | 0.00 | | 0.00 | 382.57 | 417.35 | 799.92 | 2,121.56 | S/L | 7.00 |
| 20078 | | Phone system hardware | 8/31/14 | 4,549.64 | 0.00 | | 0.00 | 303.31 | 909.93 | 1,213.24 | 3,336.40 | S/L | 5.00 |
| 20079 | | Phone system hardware | 11/07/14 | 4,720.78 | 0.00 | | 0.00 | 157.36 | 944.16 | 1,101.52 | 3,619.26 | S/L | 5.00 |
| 20080 | | Computers | 11/13/14 | 85,731.32 | 0.00 | | 0.00 | 2,857.71 | 17,146.26 | 20,003.97 | 65,727.35 | S/L | 5.00 |
| 20082 | | Computers | 2/26/15 | 3,662.23 | 0.00 | c | 0.00 | 0.00 | 610.37 | 610.37 | 3,051.86 | S/L | 5.00 |
| 20083 | | Computers | 2/26/15 | 3,674.21 | 0.00 | c | 0.00 | 0.00 | 612.37 | 612.37 | 3,061.84 | S/L | 5.00 |
| 20084 | | Phone system hardware | 3/12/15 | 6,835.09 | 0.00 | c | 0.00 | 0.00 | 1,139.18 | 1,139.18 | 5,695.91 | S/L | 5.00 |
| | | **Office Equip - HQ** | | **588,482.30** | **0.00** | c | **0.00** | **414,883.87** | **42,768.54** | **457,652.41** | **130,829.89** | | |
| **Group: Software - HQ** | | | | | | | | | | | | | |
| 20063 | | Computer Software | 3/01/06 | 27,650.00 | 0.00 | | 0.00 | 27,650.00 | 0.00 | 27,650.00 | 0.00 | S/L | 3.00 |
| 20064 | | Computer Software | 5/15/07 | 11,775.00 | 0.00 | | 0.00 | 11,775.00 | 0.00 | 11,775.00 | 0.00 | S/L | 3.00 |
| 20065 | | Computer Software | 5/31/08 | 1,710.00 | 0.00 | | 0.00 | 1,710.00 | 0.00 | 1,710.00 | 0.00 | S/L | 3.00 |
| 20066 | | SAP 2012 | 6/15/13 | 440,906.00 | 0.00 | | 0.00 | 220,452.67 | 146,968.67 | 367,421.34 | 73,484.66 | S/L | 3.00 |
| 20067 | | Tegrous SAP | 6/15/13 | 118,792.53 | 0.00 | | 0.00 | 59,396.51 | 39,597.51 | 98,994.02 | 19,798.51 | S/L | 3.00 |
| 20081 | | Phone Sys Recording Software | 12/24/14 | 2,870.11 | 0.00 | | 0.00 | 0.00 | 574.02 | 574.02 | 2,296.09 | S/L | 5.00 |
| 20085 | | API Lookups | 3/26/15 | 3,750.00 | 0.00 | c | 0.00 | 0.00 | 562.50 | 562.50 | 3,187.50 | S/L | 5.00 |
| | | **Software - HQ** | | **607,453.64** | **0.00** | c | **0.00** | **320,984.18** | **187,702.70** | **508,686.88** | **98,766.76** | | |

Delta Mechanical

# SCHEDULE B-29

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp | c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|-------|-----|---------------------|-----------------|-----------|------------------|---|----------------|------------------------|---------------------------|---------------|---------------------|-------------|-------------|
| **Group: Equipment - HQ** | | | | | | | | | | | | | |
| 20068 | | Trenchers and Machinery | 1/15/98 | 159,230.00 | 0.00 | | 0.00 | 159,230.00 | 0.00 | 159,230.00 | 0.00 | S/L | 5.00 |
| | | Equipment - HQ | | 159,230.00 | 0.00 | c | 0.00 | 159,230.00 | 0.00 | 159,230.00 | 0.00 | | |
| **Group: Equipment - NM** | | | | | | | | | | | | | |
| 20074 | | Trenchers | 9/26/09 | 16,075.00 | 0.00 | | 0.00 | 16,075.00 | 0.00 | 16,075.00 | 0.00 | S/L | 5.00 |
| | | Equipment - NM | | 16,075.00 | 0.00 | c | 0.00 | 16,075.00 | 0.00 | 16,075.00 | 0.00 | | |

In re    <u>DELTA MECHANICAL INC.</u>                                  Case No.   <u>2:15-bk-13316-GBN</u>

                           **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY PROPERTY | CURRENT VALUE OF DEBTORS INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | <u> 0 </u> continuation sheets attached     Total -> | | $2,661,660.50 |

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6D (Official Form 6D)(12/07)

In re    **DELTA MECHANICAL INC.**                               Case No.   **2:15-bk-13316-GBN**

                        Debtor                                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H — Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BMO HARRIS BANK NATIONAL ASSOCIATION <br> LOAN SERVICING <br> 401 NORTH EXECUTIVE DRIVE <br> BROOKFIELD, WI 53005 | X | | DEBT <br><br><br> Value:  Unknown | | | | $3,566.26 | Unknown |
| ACCOUNT NO. <br><br> BMO HARRIS BANK NATIONAL ASSOCIATION <br> LOAN SERVICING <br> 401 NORTH EXECUTIVE DRIVE <br> BROOKFIELD, WI 53005 | | | Line of Credit <br><br><br> Value:  Unknown | | | | $9,670.48 | Unknown |
| ACCOUNT NO. <br><br> BMO N.A. <br> P O BOX 367 <br> ARLINGTON HEIGHTS, IL 60006 | | | Loan <br><br><br> Value:  Unknown | | | | $1,685.53 | Unknown |
| Subtotal -> | | | | | | | $14,922.27 | $0.00 |

In re     __DELTA MECHANICAL INC.__                                   Case No.   __2:15-bk-13316-GBN__
                          Debtor                                                                    (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED NATURE OF LIEN AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CIT<br>P O BOX 100706<br>PASADENA, CA 91189 | | | Quote builder software<br><br><br>Value:  Unknown | | | | $7,982.00 | Unknown |
| ACCOUNT NO.<br><br>DE LAGE LANDEN<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA 19087 | | | Copier<br><br><br>Value:  Unknown | | | | $3,568.00 | Unknown |
| ACCOUNT NO.   HQ-V-025<br><br>DELL FINANCIAL SERVICES<br>12234 N I H 35 #35A<br>AUSTIN, TX 78753 | | | <br><br><br>Value:  Unknown | | | | $5,099.00 | Unknown |
| ACCOUNT NO.<br><br>DELL FINANCIAL SERVICES<br>12234 N I H 35 #35A<br>AUSTIN, TX 78753 | | | Business Credit<br><br><br>Value:  Unknown | | | | $82,265.56 | Unknown |
| ACCOUNT NO.<br><br>GATEWAY BANK<br>6860 E. WARNER RD.<br>MESA, AZ 85212 | | | AR Inventory (Line of Credit)<br><br><br>Value:  Unknown | | | | $130,353.86 | Unknown |
| ACCOUNT NO.<br><br>MACQUARIE EQUIPMENT FINANCE<br>P O BOX 105114<br>DETROIT, MI 48267 | | | Software<br><br><br>Value:  Unknown | | | | $16,370.96 | Unknown |
| | | | Subtotal -> | | | | $245,639.38 | $0.00 |
| | | | Grand Total -> | | | | $260,561.65 | $0.00 |

Generated using CasefilePRO™

In re   **DELTA MECHANICAL INC.**                            Case No.  **2:15-bk-13316-GBN**

                **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

      The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

      Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐       Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

      Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

      Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

      Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

      Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

      Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

Generated using CasefilePRO™

In re   __DELTA MECHANICAL INC.__                                          Case No.__2:15-bk-13316-GBN__
                                **Debtor**                                                                    **(If known)**

☐  **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  continuation sheets attached

Generated using CasefilePRO™

In re __DELTA MECHANICAL INC.__          Case No.__2:15-bk-13316-GBN__

       **Debtor**                                                                           **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

Taxes and Certain Other Debts Owed to Governmental Units

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  640964<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | | TAXES AND CERTAIN OTHER DEBTS OWED TO GOVERNMENTAL UNITS | | | | $2,260,368.52 | Unknown | Unknown |
| | | | Subtotal -><br>(Totals of this page) | | | | $0.00 | $0.00 | |
| ___0___ continuation sheets attached | | | Total -><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $2,260,368.50 | | |
| | | | Total -><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $0.00 | $0.00 |

B 6F (Official Form 6F)(12/07)

In re    __DELTA MECHANICAL INC.__                                    Case No.___2:15-bk-13316-GBN___
                    **Debtor**                                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[ ]   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  MI-V-0019<br>ABSOPURE WATER COMPANY<br>P O BOX 701760<br>PLYMOUTH, MI 48170 | | | ACCOUNTS PAYABLE | | | | $109.95 |
| **ACCOUNT NO.**<br>ADT SECURITY SERVICES<br>P O BOX 371956<br>PITTSBURGH, PA 15250 | | | ACCOUNTS PAYABLE | | | | $375.48 |
| **ACCOUNT NO.**  HQ-V-0123<br>ADT SECURITY SERVICES<br>P O BOX 371956<br>PITTSBURGH, PA 15250 | | | ACCOUNTS PAYABLE | | | | $38.99 |
| **ACCOUNT NO.**<br>AIR COLD SUPPLY<br>P O BOX 56809<br>LOS ANGELES, CA 90074-6809 | | | ACCOUNTS PAYABLE | | | | $41,711.92 |
| | | | Subtotal -> | | | | $42,236.34 |

19  continuation sheets attached

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**         Case No.    **2:15-bk-13316-GBN**

       **Debtor**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>ALA MOANA AOAO | | | ACCOUNTS PAYABLE | | | | $1,054.25 |
| **ACCOUNT NO.**   HQ-V-0709<br>AMERICAN AIRLINES<br>P O BOX 60517<br>CITY OF INDUSTRY, CA 91716-0517 | | | ACCOUNTS PAYABLE | | | | $6,250.80 |
| **ACCOUNT NO.**<br>AMERICAN EXPRESS<br>2965 W. CORPORATE LAKES BLVD.<br>WESTON, FL 33331-3626 | | | LITIGATION<br><br>Setoff Amount:         $.00 | | | | $1,767,353.69 |
| **ACCOUNT NO.**   700170<br>AMERICAN REFRIGERATION SUPPLY<br>P O BOX 21127<br>PHOENIX, AZ 85036 | | | ACCOUNTS PAYABLE | | | | $5,787.58 |
| **ACCOUNT NO.**   HQ-V-0087<br>ARIZONA CORPORATION COMMISSION<br>1300 W. WASHINGTON<br>PHOENIX, AZ 85007 | | | ACCOUNTS PAYABLE | | | | $45.00 |
| **ACCOUNT NO.**   HQ-V-0199<br>ARIZONA EXTERMINATING CO.<br>2205 W. LONE CACTUS DR.<br>SUITE 3<br>PHOENIX, AZ 85027-2651 | | | ACCOUNTS PAYABLE | | | | $300.00 |
| | | | Subtotal -> | | | | $1,780,791.32 |

In re    **DELTA MECHANICAL INC.**                                Case No.   **2:15-bk-13316-GBN**

            **Debtor**                                               **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 700658 <br> ARIZONA HEAT PUMP COUNSEL <br> 2702 N. 3RD ST. <br> SUITE 2020 <br> PHOENIX, AZ 85004 | | | ACCOUNTS PAYABLE | | | | $700.00 |
| **ACCOUNT NO.** SC-V-0001 <br> AT&T <br> P O BOX 105262 <br> ATLANTA, GA 30348-5262 | | | ACCOUNTS PAYABLE | | | | $113.84 |
| **ACCOUNT NO.** HQ-V-0127 <br> AT&T <br> P O BOX 105068 <br> ATLANTA, GA 30348-5068 | | | ACCOUNTS PAYABLE | | | | $114.10 |
| **ACCOUNT NO.** HQ-V-0129 <br> AT&T MOBILITY SCR <br> P O BOX 6463 <br> CAROL STREAM, IL 60197-6463 | | | ACCOUNTS PAYABLE | | | | $2,085.23 |
| **ACCOUNT NO.** 700331 <br> BAKER DISTRIBUTING <br> P O BOX 409635 <br> ATLANTA, GA 30384-9635 | | | ACCOUNTS PAYABLE | | | | $725.63 |
| **ACCOUNT NO.** <br> BARCLAY US-AMERICAN AIRLINES | | | ACCOUNTS PAYABLE | | | | $16,916.91 |
| | | | Subtotal -> | | | | $20,655.71 |

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                                    Case No.__2:15-bk-13316-GBN__
　　　　　　　　　　 **Debtor**                                                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>BMO HARRIS BANK N.A.<br>VISA PURCHASE CARD<br>ONE EAST CAMELBACK ROAD<br>PHOENIX, AZ 85012 | | | ACCOUNTS PAYABLE | | | | $416,903.33 |
| **ACCOUNT NO.**<br>BMO HARRIS MASTERCARD<br>PURCHASE CARD<br>P O BOX 4320<br>CAROL STREAM, IL 60197-4320 | | | ACCOUNTS PAYABLE | | | | $796,222.49 |
| **ACCOUNT NO.**<br>BMO N.A.<br>P O BOX 367<br>ARLINGTON HEIGHTS, IL 60006 | | | ACCOUNTS PAYABLE | | | | $17,288.80 |
| **ACCOUNT NO.**   CV2014-014092<br>CENTRAL MUTUAL INSURANCE COMPANY<br>C/O HAMMERMAN & HULTGREN, P.C.<br>3101 N. CENTRAL AVE., SUITE 500<br>PHOENIX, AZ 85012 | | | LITIGATION | | | | $51,113.11 |
| **ACCOUNT NO.**   HQ-V-0225<br>CENTURY LINK<br>P O BOX 29040<br>PHOENIX, AZ 85038-9040 | | | ACCOUNTS PAYABLE | | | | $6,316.38 |
| **ACCOUNT NO.**   700689<br>CGL CORPORATION D/B/A CARRIER GREAT LAKES CORP.<br>33601 SCHOOLCRAFT<br>LIVONIA, MI 48150 | | | ACCOUNTS PAYABLE | | | | $34,314.65 |
| | | | Subtotal -> | | | | $1,322,158.76 |

Generated using CasefilePRO™

In re  **DELTA MECHANICAL INC.** _____    Case No. __**2:15-bk-13316-GBN**_____

                  **Debtor**                                                     **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  HQ-V-0138 <br> CHEIFETZ IANNITELLI MARCOLINI PC <br> 111 WEST MONROE ST. <br> 17TH FL. <br> PHOENIX, AZ 85003 | | | ACCOUNTS PAYABLE | | | | $45,979.30 |
| ACCOUNT NO.  HQ-V-0095 <br> CIT <br> P O BOX 100706 <br> PASADENA, CA 91189 | | | ACCOUNTS PAYABLE | | | | $2,187.03 |
| ACCOUNT NO.  HQ-V-0731 <br> COMPLETE INFORMATION SOLUTIONS <br> 222 E. WISCONSIN AVE. <br> LAKE FOREST, IL 60045-1723 | | | ACCOUNTS PAYABLE | | | | $4,600.00 |
| ACCOUNT NO.  HQ-V-0029 <br> CONCENTRA <br> 1818 E. SKY HARBOR CIRCLE N. <br> SUITE 150 <br> PHOENIX, AZ 85034-8677 | | | ACCOUNTS PAYABLE | | | | $51.50 |
| ACCOUNT NO.  701294 <br> COSCO SUPPLY <br> P O BOX 2897 <br> HONOLULU, HI 96802-2897 | | | ACCOUNTS PAYABLE | | | | $14,000.29 |
| ACCOUNT NO.  HQ-V-0030 <br> COSTCO <br> P O BOX 34783 <br> SEATTLE, WA 98124-1783 | | | ACCOUNTS PAYABLE | | | | $162.29 |
| | | | Subtotal -> | | | | $66,980.41 |

Generated using CasefilePRO™

In re   **DELTA MECHANICAL INC.**                                    Case No.   **2:15-bk-13316-GBN**
         **Debtor**                                                              **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  HQ-V-0249<br>COX BUSINESS<br>P O BOX 53249<br>PHOENIX, AZ 85072-3249 | | | ACCOUNTS PAYABLE | | | | $5,522.80 |
| **ACCOUNT NO.**  HHQ-V-0258<br>DISCOUNT TIRE<br>P O BOX 29851<br>PHOENIX, AZ 85038-9851 | | | ACCOUNTS PAYABLE | | | | $1,567.34 |
| **ACCOUNT NO.**  HQ-V-0416<br>DLNL INC. D/B/A QUEEN B MARKETING<br>110 N. MILAM ST.<br>PMB 195<br>FREDRICKSBURG, TX 78624 | | | ACCOUNTS PAYABLE | | | | $4,334.00 |
| **ACCOUNT NO.**  700747<br>DYNAMIC IMAGING + DISTRIBUTION<br>4340 W. CHANDLER BLVD.<br>CHANDLER, AZ 85226-4972 | | | ACCOUNTS PAYABLE | | | | $2,743.37 |
| **ACCOUNT NO.**  701357<br>ELIAS ESPINOSA<br>636 GROVE ST. NE<br>ALBUQUERQUE, NM 87108-2126 | | | ACCOUNTS PAYABLE | | | | $1,350.00 |
| **ACCOUNT NO.**  HQ-V-0267<br>ENTERPRISE RENT-A-CAR<br>P O BOX 402383<br>ATLANTA, GA 30384 | | | ACCOUNTS PAYABLE | | | | $12,542.90 |
| | | | Subtotal -> | | | | $28,060.41 |

In re    DELTA MECHANICAL INC.                                    Case No.    2:15-bk-13316-GBN
         **Debtor**                                                                **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 700223 <br> ENVIRONMENTAL MECHANICAL <br> 4611 S. 33RD ST. <br> PHOENIX, AZ 85040-2850 | | | ACCOUNTS PAYABLE | | | | $84.47 |
| **ACCOUNT NO.** 700109 <br> FACSCO <br> 1528 N. THESTA ST. <br> FRESNO, CA 93703-3740 | | | ACCOUNTS PAYABLE | | | | $1,833.09 |
| **ACCOUNT NO.** 701329 <br> FERGUSON ENTERPRISES #1950 <br> 615 POINSETT <br> GREENVILLE, SC 29609-4428 | | | ACCOUNTS PAYABLE | | | | $19.26 |
| **ACCOUNT NO.** 700005 <br> FERGUSON ENTERPRISES INC. <br> FILE 56809 <br> LOS ANGELES, CA 90074-6809 | | | ACCOUNTS PAYABLE | | | | $13,200.40 |
| **ACCOUNT NO.** HQ-V-0286 <br> FP MAILING SOLUTIONS <br> P O BOX 157 <br> BEDFORD PARK, IL 60499-0157 | | | ACCOUNTS PAYABLE | | | | $82.68 |
| **ACCOUNT NO.** 701274 <br> FSL HOME IMPROVEMENT <br> 1201 E. THOMAS RD. <br> PHOENIX, AZ 85014-5734 | | | ACCOUNTS PAYABLE | | | | $2,195.00 |
| | | | Subtotal -> | | | | $17,414.90 |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**                                      Case No.    **2:15-bk-13316-GBN**
        **Debtor**                                                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 700036<br>GRAINGER<br>P O BOX 419267<br>DEPT. 853636678<br>KANSAS CITY, MO 64141-6267 | | | ACCOUNTS PAYABLE | | | | $226.14 |
| **ACCOUNT NO.** HQ-V-0302<br>GREAT AMERICAN LEASING CORPORATION<br>P O BOX 660831<br>DALLAS, TX 75266 | | | ACCOUNTS PAYABLE | | | | $9,000.00 |
| **ACCOUNT NO.** HQ-V-0304<br>GRIMCO<br>1585 FENCORP. DRIVE<br>FENTON, MO 63026 | | | ACCOUNTS PAYABLE | | | | $2,958.61 |
| **ACCOUNT NO.** 700074<br>GUSTAVE A. LARSON COMPANY<br>BOX 774402<br>4402 SOLUTION CENTER<br>CHICAGO, IL 60677-4004 | | | ACCOUNTS PAYABLE | | | | $71,843.33 |
| **ACCOUNT NO.** 700039<br>HEATING & COOLING SUPPLY<br>P O BOX 54694<br>LOS ANGELES, CA 90074-4694 | | | ACCOUNTS PAYABLE | | | | $125,439.87 |
| **ACCOUNT NO.** 700113<br>HOME DEPOT<br>P O BOX 183176<br>COLUMBUS, OH 43218-3176 | | | ACCOUNTS PAYABLE | | | | $52.06 |
| | | | Subtotal -> | | | | $209,520.01 |

Generated using CasefilePRO™

In re   **DELTA MECHANICAL INC.**                                    Case No.   **2:15-bk-13316-GBN**
              **Debtor**                                                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>HVAC SALES ACADEMY | | | ACCOUNTS PAYABLE | | | | $1,791.00 |
| **ACCOUNT NO.**  HQ-V-0319<br>INTEGRA TELECOM<br>P O BOX 2966<br>MILWAUKEE, WI 53201-2966 | | | ACCOUNTS PAYABLE | | | | $824.56 |
| **ACCOUNT NO.**  HQ-V-0575<br>JACKSON LEWIS P.C.<br>P O BOX 416019<br>BOSTON, MA 02241-6019 | | | ACCOUNTS PAYABLE | | | | $22,036.10 |
| **ACCOUNT NO.**  HQ-V-0664<br>JACKSON WHITE<br>40 N. CENTER ST.<br>SUITE 200<br>MESA, AZ 85201 | | | ACCOUNTS PAYABLE | | | | $2,835.00 |
| **ACCOUNT NO.**  700114<br>JOE KNOWS LLC<br>88 S. THIRD ST.<br>P O BOX 185<br>SAN JOSE, CA 95103-0185 | | | ACCOUNTS PAYABLE | | | | $500.00 |
| **ACCOUNT NO.**  700274<br>JOHNSTONE CLEARWATER<br>P O BOX 864652<br>ORLANDO, FL 32886-4652 | | | ACCOUNTS PAYABLE | | | | $104.01 |
| | | | Subtotal -> | | | | $28,090.67 |

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                       Case No.__2:15-bk-13316-GBN__

           **Debtor**                                                             **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 700818<br>JOHNSTONE SUPPLY<br>P O BOX 27490<br>PHOENIX, AZ 85061 | | | ACCOUNTS PAYABLE | | | | $813.66 |
| ACCOUNT NO. 700527<br>JOHNSTONE SUPPLY<br>3244 W. ST. JOSEPH<br>LANSING, MI 48917 | | | ACCOUNTS PAYABLE | | | | $42.08 |
| ACCOUNT NO. 700299<br>JOHNSTONE SUPPLY<br>P O BOX 40605<br>DENVER, CO 80204-0605 | | | ACCOUNTS PAYABLE | | | | $323.53 |
| ACCOUNT NO. 700792<br>LA QUINTA INN - 0646<br>3232 RIVERSIDE DR.<br>BAKERSFIELD, CA 93308-6346 | | | ACCOUNTS PAYABLE | | | | $1,822.60 |
| ACCOUNT NO. 700292<br>LA QUINTA INN - 0650<br>2926 TULARE ST.<br>FRESNO, CA 93721-1440 | | | ACCOUNTS PAYABLE | | | | $374.28 |
| ACCOUNT NO. 700117<br>LA QUINTA INN - 0675<br>2824 S. 188TH ST.<br>SEATTLE, WA 98188-5131 | | | ACCOUNTS PAYABLE | | | | $237.97 |
| | | | Subtotal -> | | | | $3,614.12 |

Generated using CasefilePRO™

In re    DELTA MECHANICAL INC.                              Case No.    2:15-bk-13316-GBN
         **Debtor**                                                    **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   701228 <br> LA QUINTA INN - 0976 <br> 6530 E. SUPERSTITION SPRINGS BLVD. <br> MESA, AZ 85206 | | | ACCOUNTS PAYABLE | | | | $1,416.38 |
| ACCOUNT NO.   701227 <br> LA QUINTA INN - 0991 <br> 5945 OAKBROOK PKWY. <br> NORCROSS, GA 30093-1703 | | | ACCOUNTS PAYABLE | | | | $90.44 |
| ACCOUNT NO.   700043 <br> LENNOX INDUSTRIES INC. <br> P O BOX 910549 <br> DALLAS, TX 75391-0549 | | | ACCOUNTS PAYABLE | | | | $70,370.23 |
| ACCOUNT NO.   HQ-V-0351 <br> MACQUARIE EQUIPMENT FINANCE <br> P O BOX 674443 <br> DETROIT, MI 48267 | | | ACCOUNTS PAYABLE | | | | $16,370.60 |
| ACCOUNT NO.   HQ-V-0361 <br> METRO FIRE EQUIPMENT <br> 63 SOUTH HAMILTON PLACE <br> GILBERT, AZ 85233 | | | ACCOUNTS PAYABLE | | | | $1,060.00 |
| ACCOUNT NO.   701114 <br> MIDNIGHT CRANE SERVICE <br> 2561 N. PURDUE AVE. <br> FRESNO, CA 93727-1392 | | | ACCOUNTS PAYABLE | | | | $125.00 |
| | | | Subtotal -> | | | | $89,432.65 |

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                                 Case No.__  2:15-bk-13316-GBN__
                     **Debtor**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  HQ-0-0673 <br> MOUNTAIN WEST SERIES OF LOCKTON COMPANIES LLC <br> P O BOX 173850 <br> DENVER, CO 80217-3850 | | | ACCOUNTS PAYABLE | | | | $2,278.00 |
| **ACCOUNT NO.**  HQ-V-0372 <br> MUZAK LLC <br> P O BOX 71070 <br> CHARLOTTE, NC 28272-1070 | | | ACCOUNTS PAYABLE | | | | $73.44 |
| **ACCOUNT NO.**  HQ-V-0161 <br> NATIONAL CORPORATE RESEARCH LTD. <br> 10 EAST 40TH STREET <br> 10TH FLOOR <br> NEW YORK, NY 10016 | | | ACCOUNTS PAYABLE | | | | $889.50 |
| **ACCOUNT NO.**  HQ-V-0611 <br> NATIONAL FIRE CONTROL <br> 55 WEST HOOVER <br> SUITE 10 <br> MESA, AZ 85210 | | | ACCOUNTS PAYABLE | | | | $3,201.85 |
| **ACCOUNT NO.**  HQ-V-0624 <br> OTAY WATER DISTRICT <br> P O BOX 51375 <br> LOS ANGELES, CA 90051-5675 | | | ACCOUNTS PAYABLE | | | | $532.11 |
| **ACCOUNT NO.**  HQ-V-0394 <br> PACIFIC OFFICE AUTOMATION <br> 14747 NW GREENBRIER PKWY <br> BEAVERTON, OR 97006 | | | ACCOUNTS PAYABLE | | | | $160.00 |
| | | | Subtotal -> | | | | $7,134.90 |

In re    **DELTA MECHANICAL INC.**               Case No.   **2:15-bk-13316-GBN**
              **Debtor**                                                 **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>251 S. LAKE AVENUE<br>SUITE 360<br>PASADENA, CA 91101 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  HQ-V-0707<br>POWER SELLING PROS<br>1124 W. SOUTH JORDAN PARKWAY<br>SUITE B<br>SOUTH JORDAN, UT 84095 | | | ACCOUNTS PAYABLE | | | | $1,992.00 |
| **ACCOUNT NO.**  HQ-V-0418<br>QUILL CORPORATION<br>P O BOX 37600<br>PHILADELPHIA, PA 19101-0600 | | | ACCOUNTS PAYABLE | | | | $6,099.33 |
| **ACCOUNT NO.**  701002<br>R.E. MICHEL<br>P O BOX 2318<br>BALTMORE, MD 21203-2318 | | | ACCOUNTS PAYABLE | | | | $988.79 |
| **ACCOUNT NO.**  HQ-V-0621<br>REGUS MANAGEMENT GROUP LLC<br>P O BOX 842456<br>DALLAS, TX 75284-2456 | | | ACCOUNTS PAYABLE | | | | $1,480.68 |
| **ACCOUNT NO.**  HQ-V-0683<br>RELIANCE STANDARD LIFE INSURANCE<br>P O BOX 82510<br>LINCOLN, NE 68501-2510 | | | ACCOUNTS PAYABLE | | | | $4,415.31 |
| | | | Subtotal -> | | | | $14,976.11 |

Generated using CasefilePRO™

In re    DELTA MECHANICAL INC.                                    Case No.    2:15-bk-13316-GBN
         **Debtor**                                                          **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>REPUBLIC SERVICES<br>P O BOX 78829<br>PHOENIX, AZ 85062-8829 | | | ACCOUNTS PAYABLE | | | | $3,635.40 |
| **ACCOUNT NO.** 701119<br>ROUGH N READY RENOVATIONS<br>75 W. BASELINE RD., #16<br>GILBERT, AZ 85233 | | | ACCOUNTS PAYABLE | | | | $7,582.01 |
| **ACCOUNT NO.** HQ-V-0603<br>SQUARE FEAT INC.<br>2325 W. GUADALUPE RD.<br>SUITE 101<br>GILBERT, AZ 85233 | | | ACCOUNTS PAYABLE | | | | $495.00 |
| **ACCOUNT NO.** HQ-V-0472<br>TEGROUS CONSULTING<br>120 SOUTH ASH AVENUE<br>#101<br>TEMPE, AZ 85281 | | | ACCOUNTS PAYABLE | | | | $593.75 |
| **ACCOUNT NO.** 0562770<br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0347446<br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| | | | Subtotal -> | | | | $12,306.16 |

In re  DELTA MECHANICAL INC. _____                    Case No.  2:15-bk-13316-GBN _____
             **Debtor**                                                                      **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 0574423 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0567967 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0336264 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0336263 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0540490 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.** 0539299 <br><br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| | | | Subtotal -> | | | | $0.00 |

In re    **DELTA MECHANICAL INC.**                  Case No.   **2:15-bk-13316-GBN**
          **Debtor**                                                **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0567956 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO. 0567954 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO. 0567953 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO. 0347409 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO. 0553141 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO. 0538739 <br> THE CINCINNATI INSURANCE COMPANY <br> P O BOX 145620 <br> CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| | | | Subtotal -> | | | | $0.00 |

In re    **DELTA MECHANICAL INC.**                                    Case No.    **2:15-bk-13316-GBN**
         **Debtor**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  0538266<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  0536609<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  0536608<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  0544900<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  0539931<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| **ACCOUNT NO.**  B 0372565<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| | | | Subtotal -> | | | | $0.00 |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**                        Case No.   **2:15-bk-13316-GBN**

               **Debtor**                                                                   **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0540102<br><br>THE CINCINNATI INSURANCE COMPANY<br>P O BOX 145620<br>CINCINNATI, OH 45250-5620 | | | BOND | X | X | | Unknown |
| ACCOUNT NO.  HQ-V-0715<br><br>THE HARTFORD<br>1 HARTFORD PLAZA<br>HARTFORD, CT 06155 | | | ACCOUNTS PAYABLE | | | | $5,404.70 |
| ACCOUNT NO.  HQ-V-0165<br><br>THE HARTFORD<br>1 HARTFORD PLAZA<br>HARTFORD, CT 06155 | | | ACCOUNTS PAYABLE | | | | $521.74 |
| ACCOUNT NO.<br><br>THE HARTFORD INSURANCE<br>1 HARTFORD PLAZA<br>HARTFORD, CT 06155 | | | ACCOUNTS PAYABLE | | | | $271,000.00 |
| ACCOUNT NO.  HQ-V-0680<br><br>THE KEISER GROUP<br>P O BOX 570<br>CHESTERLAND, OH 44026 | | | ACCOUNTS PAYABLE | | | | $30,000.00 |
| ACCOUNT NO.  HQ-V-0605<br><br>TNT SHREDDING LLC<br>7235 E. HAMPTON<br>SUITE 103<br>MESA, AZ 85209 | | | ACCOUNTS PAYABLE | | | | $59.00 |
| | | | Subtotal -> | | | | $306,985.44 |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**                                    Case No.    **2:15-bk-13316-GBN**
         **Debtor**                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   700283<br>TRANE U.S. INC.<br>P O BOX 403271<br>ATLANTA, GA 30384-3271 | | | ACCOUNTS PAYABLE | | | | $3,490.58 |
| ACCOUNT NO.   701434<br>TRANE U.S. INC.<br>P O BOX 403271<br>ATLANTA, GA 30384-3271 | | | ACCOUNTS PAYABLE | | | | $34.45 |
| ACCOUNT NO.   HQ-V-0497<br>TUBELITE COMPANY<br>7310 W. ROOSEVELT ST.<br>BLDG. 2<br>PHOENIX, AZ 85043 | | | ACCOUNTS PAYABLE | | | | $13,323.20 |
| ACCOUNT NO.   HQ-V-0500<br>UNIACTIV LLC<br>160 HALITE DR.<br>ALPHARETTA, GA 30022 | | | ACCOUNTS PAYABLE | | | | $4,465.00 |
| ACCOUNT NO.<br>UPS FREIGHT<br>P O BOX 730900<br>DALLAS, TX 75373 | | | | | | | $170.50 |
| ACCOUNT NO.<br>VERIZON WIRELESS | | | ACCOUNTS PAYABLE | | | | $20,182.40 |
| | | | Subtotal -> | | | | $41,666.13 |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**                    Case No.    **2:15-bk-13316-GBN**
           **Debtor**                                                   **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**  HQ-V-0525<br><br>WELLS FARGO BANK<br>P O BOX 6434<br>CAROL STREAM, IL 60197-6434 | | | ACCOUNTS PAYABLE | | | | $2,722.19 |
| **ACCOUNT NO.**<br><br>WELLS FARGO BANK<br>c/o MICHAEL W. CARMEL<br>80 EAST COLUMBUS AVENUE<br>PHOENIX, AZ 85012-2366 | | | ACCOUNTS PAYABLE | | | | $2,944,000.34 |
| **ACCOUNT NO.**<br>WRIGHT EXPRESS FLEET SERVICES | | | ACCOUNTS PAYABLE | | | | $32,503.01 |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| | | | Subtotal -> | | | | $2,979,225.54 |
| | | | Total -> | | | | $6,971,249.58 |

Generated using CasefilePRO™

In re    __DELTA MECHANICAL INC.__                Case No.   __2:15-bk-13316-GBN__

              **Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WEATHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ALLY FINANCIAL<br>P O BOX 9001948<br>LOUISVILLE, KY 40290-1948 | Vehicles |
| CHROME, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | 2500 sq. ft.<br>6056 E. Baseline Rd., Suites 144-145<br>Mesa, AZ 85206<br>Expires: month to month<br>Debtor: Lessee<br>Lessor |
| CHROME, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | 11,000 sq. ft.<br>6056 E. Baseline Rd., Suites 123-128<br>Mesa, AZ 85206<br>Expires: month to month<br>Debtor: Lessee<br>Lessor |
| CHROME, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | 15,000 sq. ft.<br>6056 E. Baseline Rd., Suites 151-160<br>Mesa, AZ 85206<br>Expires: month to month<br>Debtor: Lessee<br>Lessor |
| CHROME, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | 2500 sq. ft.<br>6056 E. Baseline Rd., Suites 120-121<br>Mesa, AZ 85206<br>Expires: month to month<br>Debtor: Lessee<br>Lessor |
| CORPORATE FLEET LEASING | Vehicles |
| EQUIPMENT LEASING SERVICES | Vehicles |
| ISUZU FINANCE<br>7870 SOLUTION CENTER<br>CHICAGO, IL 60677-7008 | Vehicles |
| LEASING ASSOCIATES<br>12600 N. FEATHERWOOD DR.<br>HOUSTON, TX 77034 | Vehicles |
| ZION'S CREDIT CORPORATION<br>310 S. MAIN ST.<br>SUITE 1300<br>SALT LAKE CITY, UT 84101 | Vehicles |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.** _____    Case No.__2:15-bk-13316-GBN_____
                  **Debtor**                                                          **(If known)**

# SCHEDULE H - CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| NEVADA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>#155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| CD PLUMBING INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| ARIZONA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| CALIFORNIA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| GEORGIA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| NEW MEXICO DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| COLORADO DELTA MECHANICAL INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |
| MICHIGAN DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ 85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 |

Generated using CasefilePRO™

In re    **DELTA MECHANICAL INC.**                              Case No.   **2:15-bk-13316-GBN**
               **Debtor**                                                                              **(If known)**

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| FLORIDA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ  85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI  53005 |
| CAROLINA DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ  85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI  53005 |
| TEXAS DMI, INC.<br>6056 E. BASELINE RD.<br>SUITE 155<br>MESA, AZ  85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI  53005 |
| DELTA MECHANICAL, INC.<br>6056 E. BASELINE RD., SUITE 155<br>MESA, AZ  85206 | BMO HARRIS BANK NATIONAL ASSOCIATION<br>LOAN SERVICING<br>401 NORTH EXECUTIVE DRIVE<br>BROOKFIELD, WI  53005 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Generated using CasefilePRO™

In re   **DELTA MECHANICAL INC.**                    Case No.   **2:15-bk-13316-GBN**

                       **Debtor**                                                     **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Paula Bauert, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 35 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:   11/9/2015                                     Signature:   /s/ Paula Bauert

                                                                   **Chief Financial Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C.§§ 152 and 3571

Generated using CasefilePRO™

# UNITED STATES BANKRUPTCY COURT

## District of Arizona

In re    DELTA MECHANICAL INC.                              Case No.    2:15-bk-13316-GBN

                 Debtor                                                         (If known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional,should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|---|---|
| $40,885,747.00 | Operation of Business (YTD)  (On a consolidated basis) |
| $60,692,447.00 | Operation of Business (2014) (On a consolidated basis) |
| $67,453,515.00 | Operation of Business (2013) (On a consolidated basis) |

---

Generated using CasefilePRO™

**2. Income other than from employment or operation of business**

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Amount | Source |
|--------|--------|
| | |

**None**

**3. Payments to creditors**

*Complete a., or b., as appropriate and c.*

**a.** *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Payment | Amount Paid | Amount Still Owing |
|------------------------------|-----------------|-------------|--------------------|
| | | | |

**None**

**b.** *Debtor whose debts are not primarily consumer debts*: List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Date of Payment/Transfers | Amount Paid or Value of Transfers | Amount Still Owing |
|--------------------------------------------------------|---------------------------|-----------------------------------|--------------------|
| **To be supplemented** | | **Unknown** | **Unknown** |

**c.** *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address or Creditor and Relationship to Debtor | Date of Payment | Amount Paid | Amount Still Owing |
|--------------------------------------------------------|-----------------|-------------|--------------------|
| | | | |

Generated using CasefilePRO™

**4. Suits and administrative proceedings, executions, garnishments and attachments**

**a.** List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit | Case Number | Nature of Proceedings | Court or Agency | Court Location | Status or Disposition |
|---|---|---|---|---|---|
| Romulus Albu v. Delta Mechanical, Inc., et al. | 1:13-cv-03087-PAB-KMT | Labor law | U.S. District Court, District of Colorado | Denver, CO | Settled; Case closed 7/22/15 |
| American Express Travel Related Services v. Delta Mechanical, Inc. | 151314/2015 | Breach of Contract | Supreme Court of the State of New York | County of New York | Stipulated Judgment |
| Martin Arnoudov, et al. v. California Delta Mechanical, Inc., et al. | CV-13-2306 | Labor law | U.S. District Court for the Northern District of California | San Francisco, CA | Settled/Dismissed 9/28/2015 |
| Campbell, et al. v. California Delta Mechanical, Inc., et al. | CV-14-05548 JD | Labor law | U.S. District Court for the Northern District of California | San Francisco, CA | Pending |
| Daniel Gounev v. Delta Mechanical, Inc., et al. | 13-CV-1857 JLS | Labor law | U.S. District Court for the Southern District of California | San Diego | Stayed |
| Kracimir Stefanof v. Delta Mechanical, Inc., et al. | 13-CV-2823 JLS JMA | Labor law | U.S. District Court for the Southern District of California | San Diego, CA | Stayed |
| Centeral Mutual Insurance Company | CV2014-014092 | Civil | Maricopa County Superior Court | Phoenix, AZ | Judgment-6/30/2015 |
| Cintas Corporation No. 3 v. Delta Mechanical, Inc. | CV2015-050241 | Civil | Maricopa County Superior Court | Phoenix, AZ | Pending |
| Harris County, et al. v. Delta Mechanical Inc. | 201544726 | Tax | Harris County District Court | Houston, TX | Pending |
| Henry Jenkins v. Delta Mechanical Inc. | 2015C100511 | Debt/Contract | Bexar County District Court | San Antonio, TX | Pending |
| Farmers Insurance v. Delta Mechanical | CV2015-054280 | | Maricopa County Superior Court | Phoenix, AZ | |

**b.** Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description of Property | Value of Property |
|---|---|---|---|
| | | | |

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Reposession, Forclosure Sale, Transfer or Return | Description of Property | Value of Property |
|---|---|---|---|
| | | | |

**6. Assignments and receiverships**

**a.** Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| | | |

None

**b.** List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court | Description and Value of property | Date of Order | Case Title and Number |
|---|---|---|---|---|
| | | | | |

None

**7. Gifts**

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, If Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| **Consulate - General of the Republic of Bulgaria**<br>**11766 Wilshire Blvd., Suite 440**<br>**Los Angeles, CA 90025** | | **02/04/2015** | **$2,000** |
| **Bulgarian Cultural Center**<br>**Balkan Community Center**<br>**1451 East Big Beaver Road**<br>**Troy, MI 48083** | | **12/04/2014** | **$500.00** |
| **Bulgarian Cultural Center**<br>**Balkan Community Center**<br>**1451 East Big Beaver Road**<br>**Troy, MI 48083** | | **03/06/2015** | **$300.00** |

**8. Losses**

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description or Circumstance and, if Loss was Covered in Whole or in part by Insurance, Give Particulars | Date of Loss |
|---|---|---|
| | | |

Generated using CasefilePRO™

**9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| Name and Address of Payee | Date of Payment | Name of Payer if other than debtor | Amount of Money or Description and Value of Property |
|---|---|---|---|
| **Polsinelli PC**<br>**1 E. Washington Street**<br>**Suite 1200**<br>**Phoenix, AZ 85004** | **08/18/2015** | | **$10,000.00** |
| **Polsinelli PC**<br>**1 E. Washington Street**<br>**Suite 1200**<br>**Phoenix, AZ 85004** | **10/16/2015** | | **$350,000.00** |

**10. Other transfers**

**a.** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| **To be supplemented** | | |

**b.** List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Date (s) of Transfers | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|
| | | |

**11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account | Last 4 Digits of Account No | Amount of Final Balance | Amount of Sale/ Closing | Date of Sale/ Closing |
|---|---|---|---|---|---|
| **BMO Harris Bank N.A.**<br>**Seattle, WA** | **Deman Deposit Account** | **1589** | **$0.00** | **Unknown** | |

Generated using CasefilePRO™

**12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Name and Address of those with Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|
| | | | |

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|
| | | |

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description | Location of Property | Value of Property |
|---|---|---|---|
| | | | |

**15. Prior address of debtor**

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy: Begin: | End: |
|---|---|---|---|
| | | | |

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

| Name |
|---|
| |

**None**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

**a.** List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

**b.** List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| | | | |

**c.** List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| Name and Address of Governmental Unit | Docket Number | Status or Disposition |
|---|---|---|
| | | |

**18 . Nature, location and name of business**

**a.** *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| Name | Last Four Digits of SSN or Other ITIN/ Complete EIN | Address | Nature of Business | Beginning Date | Ending Date |
|---|---|---|---|---|---|
| | | | | | |

**b.** Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| Name | Address |
|---|---|
| | |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered: Begin: | End: |
|---|---|---|
| Paula Bauert<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 09/08/2015 | |
| James E. Raftery CPA<br>606 N. Stapley Drive<br>Mesa, AZ 85203 | 04/01/2015 | 09/07/2015 |
| Michael Vavrinec<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 01/24/2015 | 09/18/2015 |
| Alden Jensen<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 11/11/2014 | |
| Galen Anderson<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 01/20/2012 | 08/31/2014 |
| Dyan Houston<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 02/28/2014 | 07/07/2014 |
| Steven Nikolov<br>6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 01/09/2012 | 12/06/2013 |

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered: Begin: | End: |
|---|---|---|---|
| Paula Bauert | 6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 | 09/08/2015 | |
| James E. Raftery CPA | 606 N. Stapley Dr.<br>Mesa, AZ 85203 | 04/01/2015 | 09/07/2015 |
| Gary J. Wood PC | P O BOX 12556<br>Tempe, AZ 85284 | 09/01/2014 | 12/24/2014 |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
|---|---|
| Paula Bauert | 6056 E. Baseline Dr.<br>Suite 155<br>Mesa, AZ 85206 |

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

Generated using CasefilePRO™

**(Question 19d cont)**

| Name and Address | Dates Issued |
|---|---|
| BMO Harris Bank | |
| Gateway Bank | |
| Lennox | |
| Isuzu | |
| Equipment Leasing Services | |
| CitiBank c/o Home Depot Credit Services | |

## 20. Inventories

**a.** List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory | Basis |
|---|---|---|---|
| | | | |

**b.** List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| Date of Inventory | Name and Address of Custodian of Inventory Record |
|---|---|
| | |

## 21 . Current Partners, Officers, Directors and Shareholders

**a.** If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of interest | Percentage of Interest |
|---|---|---|
| Todor Kitchukov<br>6056 E. Baseline Rd.<br>Suite 155<br>Mesa, AZ 85206 | President/Director | 100% |

**b.** If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|
| Todor Kitchukov<br>6056 E. Baseline Rd.<br>Suite 155<br>Mesa, AZ 85206 | President/Director | 100% |

Generated using CasefilePRO™

**22 . Former partners, officers, directors and shareholders**

**a.** If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|------|---------|--------------------|
|      |         |                    |

**b.** If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|------------------|-------|---------------------|
|                  |       |                     |

**23 . Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| Name  of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|--------------------------------------------|-------------------------------|-----------------------------------------------------|

**See attached SOFA-23**

**24. Tax Consolidation Group.**

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| Name of Parent Coporation | Taxpayer-Identification Number (EIN) |
|---------------------------|--------------------------------------|

**25. Pension Funds.**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| Name of Pension Fund | Taxpayer-Identification Number (EIN) |
|----------------------|--------------------------------------|

# SOFA 23

PAYMENTS TO INSIDERS 1 YEAR
ALL PAID FROM DELTA MECHANICAL, INC.

| Date | Insider | Amount | Type |
|---|---|---|---|
| 10/24/2014 | Anthony Kitchukov | 731.25 | Wages |
| 11/7/2014 | Anthony Kitchukov | 678.75 | Wages |
| 11/21/2014 | Anthony Kitchukov | 760.00 | Wages |
| 12/5/2014 | Anthony Kitchukov | 852.50 | Wages |
| 12/19/2014 | Anthony Kitchukov | 608.75 | Wages |
| 1/2/2015 | Anthony Kitchukov | 390.00 | Wages |
| 1/16/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 1/30/2015 | Anthony Kitchukov | 1,480.00 | Wages |
| 2/13/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 2/27/2015 | Anthony Kitchukov | 1,430.00 | Wages |
| 3/13/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 3/27/2015 | Anthony Kitchukov | 1,580.00 | Wages |
| 4/10/2015 | Anthony Kitchukov | 1,440.00 | Wages |
| 4/24/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 5/8/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 5/22/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 6/5/2015 | Anthony Kitchukov | 1,710.00 | Wages |
| 6/19/2015 | Anthony Kitchukov | 1,736.80 | Wages |
| 7/3/2015 | Anthony Kitchukov | 1,690.00 | Wages |
| 7/17/2015 | Anthony Kitchukov | 1,750.00 | Wages |
| 7/31/2015 | Anthony Kitchukov | 1,690.00 | Wages |
| 8/14/2015 | Anthony Kitchukov | 1,742.50 | Wages |
| 8/28/2015 | Anthony Kitchukov | 1,675.00 | Wages |
| 9/11/2015 | Anthony Kitchukov | 1,600.00 | Wages |
| 9/25/2015 | Anthony Kitchukov | 1,760.00 | Wages |
| 10/9/2015 | Anthony Kitchukov | 1,675.00 | Wages |
| 10/24/2014 | Rene Kitchukova | 1,500.00 | Wages |
| 11/7/2014 | Rene Kitchukova | 1,500.00 | Wages |
| 11/21/2014 | Rene Kitchukova | 1,500.00 | Wages |
| 12/5/2014 | Rene Kitchukova | 1,500.00 | Wages |
| 12/19/2014 | Rene Kitchukova | 1,500.00 | Wages |
| 1/2/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 1/16/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 1/30/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 2/13/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 2/27/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 3/13/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 3/27/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 4/10/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 4/24/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 5/8/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 5/22/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 6/5/2015 | Rene Kitchukova | 1,500.00 | Wages |

# SOFA 23

PAYMENTS TO INSIDERS 1 YEAR
ALL PAID FROM DELTA MECHANICAL, INC.

| Date | Insider | Amount | Type |
|---|---|---|---|
| 6/19/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 7/3/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 7/17/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 7/31/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 8/14/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 8/28/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 9/11/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 9/25/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 10/9/2015 | Rene Kitchukova | 1,500.00 | Wages |
| 10/24/2014 | Susan Kitchukova | 2,200.00 | Wages |
| 11/7/2014 | Susan Kitchukova | 2,200.00 | Wages |
| 11/21/2014 | Susan Kitchukova | 2,200.00 | Wages |
| 12/5/2014 | Susan Kitchukova | 2,500.00 | Wages |
| 12/19/2014 | Susan Kitchukova | 2,500.00 | Wages |
| 1/2/2015 | Susan Kitchukova | 2,500.00 | Wages |
| 1/16/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 1/30/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 2/13/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 2/27/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 3/13/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 3/27/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 4/10/2015 | Susan Kitchukova | 2,372.69 | Wages |
| 4/24/2015 | Susan Kitchukova | 3,391.17 | Wages |
| 5/8/2015 | Susan Kitchukova | 2,535.00 | Wages |
| 5/22/2015 | Susan Kitchukova | 2,500.00 | Wages |
| 6/5/2015 | Susan Kitchukova | 2,535.00 | Wages |
| 6/19/2015 | Susan Kitchukova | 2,900.00 | Wages |
| 7/3/2015 | Susan Kitchukova | 450.00 | Wages |
| 7/3/2015 | Susan Kitchukova | 2,500.00 | Wages |
| 7/17/2015 | Susan Kitchukova | 450.00 | Wages |
| 7/17/2015 | Susan Kitchukova | 2,528.00 | Wages |
| 7/31/2015 | Susan Kitchukova | 450.00 | Wages |
| 7/31/2015 | Susan Kitchukova | 2,500.00 | Wages |
| 8/14/2015 | Susan Kitchukova | 450.00 | Wages |
| 8/14/2015 | Susan Kitchukova | 2,530.00 | Wages |
| 8/28/2015 | Susan Kitchukova | 450.00 | Wages |
| 8/28/2015 | Susan Kitchukova | 2,507.00 | Wages |
| 9/11/2015 | Susan Kitchukova | 450.00 | Wages |
| 9/11/2015 | Susan Kitchukova | 2,507.00 | Wages |
| 9/25/2015 | Susan Kitchukova | 450.00 | Wages |
| 9/25/2015 | Susan Kitchukova | 2,512.00 | Wages |
| 10/9/2015 | Susan Kitchukova | 450.00 | Wages |
| 10/9/2015 | Susan Kitchukova | 2,536.00 | Wages |

# SOFA 23

PAYMENTS TO INSIDERS 1 YEAR
ALL PAID FROM DELTA MECHANICAL, INC.

| Date | Insider | Amount | Type |
|---|---|---|---|
| 12/5/2014 | Todor Kitchukov | 4,807.69 | Wages |
| 12/19/2014 | Todor Kitchukov | 4,807.69 | Wages |
| 1/2/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 1/16/2015 | Todor Kitchukov | 4,807.70 | Wages |
| 1/30/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 2/13/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 2/27/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 3/13/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 3/27/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 4/10/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 4/24/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 5/8/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 5/22/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 6/5/2015 | Todor Kitchukov | 4,807.70 | Wages |
| 6/19/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 7/3/2015 | Todor Kitchukov | 240.40 | Wages |
| 7/17/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 7/31/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 8/14/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 8/28/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 9/11/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 9/25/2015 | Todor Kitchukov | 4,807.70 | Wages |
| 10/9/2015 | Todor Kitchukov | 4,807.69 | Wages |
| 12/4/2014 | Anthony Kitchukov | 16.40 | Expense Reimbursement |
| 3/18/2015 | Anthony Kitchukov | 89.54 | Expense Reimbursement |
| 8/3/2015 | Anthony Kitchukov | 154.86 | Expense Reimbursement |
| 1/15/2015 | Susan Kitchukova | 227.55 | Expense Reimbursement |
| 1/19/2015 | Susan Kitchukova | 180.45 | Expense Reimbursement |
| 3/4/2015 | Susan Kitchukova | 190.97 | Expense Reimbursement |
| 3/18/2015 | Susan Kitchukova | 65.19 | Expense Reimbursement |
| 4/1/2015 | Susan Kitchukova | 188.65 | Expense Reimbursement |
| 7/13/2015 | Susan Kitchukova | 907.71 | Expense Reimbursement |
| 7/27/2015 | Susan Kitchukova | 434.24 | Expense Reimbursement |
| 8/4/2015 | Susan Kitchukova | 250.00 | Expense Reimbursement |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature of Debtor _____

Date _____     Signature of Joint
                            Debtor (if any)     _____

_____

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    11/9/2015            Signature      /s/ Paula Bauert _____

                                   Print Name
                                   and Title       Paula Bauert/ Chief Financial Officer _____

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

**0** continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

_____

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____       _____
   Printed Name and title, if any, of Bankruptcy Petition Preparer            Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
                Address

_____       _____
   Signature of Bankruptcy Petition Preparer                         Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***

Generated using CasefilePRO™