Benjamin W. Reeves (#025708)
Anthony T. King (#027459)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6506
Facsimile: 602.382.6070
E-Mail:   breeves@swlaw.com
          aking@swlaw.com

Attorneys for Corporate Fleet Leasing LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| DELTA MECHANICAL INC. | Case No. 2:15-bk-13316-GBN |
| NEVADA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13327-DPC |
| CD PLUMBING INC. | Case No. 2:15-bk-13328-DPC |
| ARIZONA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13330-EPB |
| CALIFORNIA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13331-DPC |
| GEORGIA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13332-EPB |
| NEW MEXICO DELTA MECHANICAL, INC. | Case No. 2:15-bk-13334-PS |
| COLORADO DELTA MECHANICAL INC. | Case No. 2:15-bk-13335-SHG |
| CAROLINA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13336-EPB |
| MICHIGAN DELTA MECHANICAL, INC. | Case No. 2:15-bk-13338-BKM |
| FLORIDA DELTA MECHANICAL, INC. | Case No. 2:15-bk-13339-MCW |
| TEXAS DMI, INC. | Case No. 2:15-bk-13341-BMW |
| DELTA MECHANICAL, INC., | Case No. 2:15-bk-13342-DPC |
| Debtor. | Joint Administration Under Case No. 2:15-bk-13316-GBN |

This filing applies to:

☒ ALL DEBTORS
☐ SPECIFIED DEBTORS

**ORDER GRANTING MOTION FOR RULE 2004 EXAMINATION OF DEBTORS**

Upon consideration of the "Motion for Rule 2004 Examination of Debtors" (the "Motion") filed by Corporate Fleet Leasing LLC ("Corporate Fleet") to have the above captioned Debtors, collectively referred to as Delta Mechanical, Inc. ("Delta Mechanical and/or Debtor"), produce certain documents and designate a representative to appear for

oral examination pursuant to RULE 2004(a) through (d) of the FEDERAL RULES OF BANKRUPTCY PROCEDURE; and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion is GRANTED in its entirety;

2. The Debtor shall produce the documents listed on **Exhibit A** hereto on or before **December 4, 2015 at 5:00 p.m.** to the offices of Snell & Wilmer L.L.P., c/o Benjamin W. Reeves, One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004; and

3. A representative of the Debtors shall appear for an oral examination on **December 11, 2015 at 9:30** (or such other time as may be agreed to by the Debtor and Corporate Fleet) at the offices of Snell & Wilmer L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004, regarding, among other things, the documents listed on **Exhibit A**, the Debtors' Petition [ECF No. 1], the Debtors' finances, and plan for reorganization, and the to-be filed schedules and statements of financial affairs.

**DATED AND SIGNED ABOVE.**

# EXHIBIT "A"
## GENERAL DEFINITION OF "DOCUMENT"

1. "You," "your," or "yours" refers to Delta Mechanical, Inc., and/or your agent(s) and subsidiaries, which include Nevada Delta Mechanical, Inc., CD Plumbing, Inc., Arizona Delta Mechanical, Inc., California Delta Mechanical, Inc., New Mexico Delta Mechanical, Inc., Colorado Delta Mechanical, Inc., Carolina Delta Mechanical, Inc., Florida Delta Mechanical, Inc., and Texas DMI, Inc.

2. "Debtors" means individually and/or collectively, You and your subsidiaries.

3. "Corporate Fleet" refers to Corporate Fleet Leasing LLC.

4. "Any," "each" and "all" shall be read to be all inclusive, and to require the production of each and every Document (as hereinafter defined) responsive to the particular request for production in which such term appears.

5. If information requested is withheld on the basis of any claim of privilege, you are requested to identify (a) the person(s) who possesses the information; (b) the nature of the information; and (c) why the information is claimed to be privileged or to constitute work product.

6. The words "and" and "or" shall be construed to be either conjunctive or disjunctive as the context requires so that each Interrogatory shall be construed broadly rather than narrowly.

7. The plural shall include the singular, and the singular shall include the plural as the context requires so that each Interrogatory shall be construed broadly rather than narrowly.

8. The term "document" includes all electronic media or other tangible forms in which information is stored and includes all written or graphic matter of every kind and description, however produced or reproduced, WHETHER DRAFT OR FINAL, original or reproduction, including, but not limited to letters, correspondence, email, text messages, memoranda, notes, films, transcripts, contracts, agreements, licenses, memoranda of telephone conversations or personal conversations, microfilm, telegrams, books, newspaper articles, magazines, advertisements, periodicals bulletins, circulars, pamphlets, statements, notices, reports, rules, regulations, directives, teletype messages, minutes of meetings, interoffice communications, reports, financial statements, ledgers, books of account, proposals, prospectuses, offers, orders, receipts, working papers, desk calendars, appointment books, diaries, time sheets, logs, movies, tapes for visual or audio reproduction, recordings or materials similar to any of the foregoing, however denominated, and including writings, drawings, graphs, charts, photographs, data processing results, printouts and computations (both in existence and stored in memory

components), and other compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form. THE TERM "DOCUMENT" INCLUDES ALL COPIES OF A DOCUMENT WHICH CONTAIN ANY ADDITIONAL WRITING, UNDERLINING, NOTES, DELETIONS, OR ANY OTHER MARKINGS OR NOTATIONS, OR ARE OTHERWISE NOT IDENTICAL COPIES OF THE ORIGINAL.

**DOCUMENTS TO BE PRODUCED:**

1. Copies of any and all current registration cards for the vehicles leased by the Debtors from Corporate Fleet.

2. Evidence of insurance for the vehicles leased by the Debtors from Corporate Fleet.

3. The most recent internal reports, schedules, or statements relating to the status, condition, and location of each of the vehicles leased by the Debtors from Corporate Fleet.

4. Copies of any documents containing communications in your possession, custody, or control related to Corporate Fleet from January 1, 2015 to present.

5. Copies of any and all checks, wire transfers, or other Documents showing transfers of money from the Debtors to Tudor Kichukov from October 19, 2013 to present.

6. Copies of any and all checks, wire transfers, or other Documents showing transfers of money from the Debtors to any "Insider" (within the meaning of 11 U.S.C. § 101(31)) from October 19, 2013 to present.

7. Copies of your tax returns for the years 2013 and 2014.

8. Copies of all documents containing communications between Craig Willet and you from January 1, 2015 to present related, in any way, to your finances.

9. Copies of any and all checks, wire transfers, or other Documents showing transfers of money from the Debtors to Craig Willett and/or Elizann, Inc. from October 19, 2014 to present.

10. Copies of any and all checks, wire transfers, or other Documents showing transfers of money from the Debtors to any person from July 21, 2015 to October 19, 2015.

11. Copies of all documents relied upon, consulted, or reviewed in preparing the "Exhibit A" (the "**Budget**") to the your "Motion to Authorize the Interim Use of Cash Collateral Claimed as Collateral and to Determine that Certain Post-Petition Revenues are Not Cash Collateral" [ECF No. 7] (the "**Cash Collateral Motion**").

12. Copies of all documents relied upon, consulted, or reviewed to determine the line item in the Budget for "Truck Lease Payments" as set forth in the Budget.

13. Copies of all non-privileged internal communications regarding the Budget.

14. Copies of all insurance policies, agreements, or contracts related to all vehicles leased by you from Corporate Fleet.

15. Copies of all bank statements for the "Primary Account" XXXX6872 as identified in your "Motion to Authorize the Debtors' Continued Use of Existing Cash-Management System and Business Forms" [ECF No. 10] (the "**Account Motion**") from October 19, 2014 to present.

22850282