ILENE J. LASHINSKY (#003073)
United States Trustee

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2600
FAX: (602) 514-7270
Email: Patty.Chan@usdoj.gov

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings under Chapter 11 |
|---|---|
| DELTA MECHANICAL INC., | Case No. 2:15-bk-13316-GBN |
| NEVADA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13327-GBN |
| CD PLUMBING INC., | Case No. 2:15-bk-13328-GBN |
| ARIZONA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13330-GBN |
| CALIFORNIA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13331-GBN |
| GEORGIA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13332-GBN |
| NEW MEXICO DELTA MECHANICAL, INC., | Case No. 2:15-bk-13334-GBN |
| COLORADO DELTA MECHANNCIAL, INC., | Case No. 2:15-bk-13335-GBN |
| CAROLINA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13336-GBN |
| MICHIGAN DELTA MECHANICAL, INC. | Case No. 2:15-bk-13338-GBN |
| FLORIDA DELTA MECHANICAL, INC., | Case No. 2:15-bk-13339-GBN |
| TEXAS DMI, INC., | Case No. 2:15-bk-13341-GBN |
| DELTA MECHANICAL, INC. | Case No. 2:15-bk-13342-GBN |
| Debtors | |
| This pleading applies to: All Debtors | **APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the official committee of unsecured creditors:

    1.    DOUGLAS LAW OFFICE
              John H. Douglas
              250 Fell St., #47
              San Francisco CA 94102

Phone: (415) 794-4751
Fax: (415) 795-3432
Email: JDouglas@douglaslegal.com

2. BARNES LAW OFFICES
Page R. Barnes
580 California St., 16th Floor
San Francisco CA 94104
Phone: (415) 231-6110
Fax: (888) 415-0801
Email: page@pbarneslaw.com

3. WOODALL LAW OFFICES
Kevin Woodall
100 Pine Street, Suite 1250
San Francisco CA 94111
Phone: (415) 413-4629
Fax: (866) 937-4109
Email: kevin@kwoodalllaw.com

Dated: November 17, 2015         RESPECTFULLY SUBMITTED

ILENE J. LASHINSKY
United States Trustee
District of Arizona


/s/ PC (#027115)
Patty Chan
Trial Attorney